# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 23, 2021

Lyle W. Cayce
Clerk

No. 20-60397
Summary Calendar

Fatima Prissila Morales-Duran; Eva Lisdey Morales-Duran,

*Petitioners*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A208 453 302
BIA No. A208 453 306

Before Wiener, Southwick, and Duncan, *Circuit Judges*.

Per Curiam:*

After the release of our opinion on April 12, 2021, the United States Supreme Court issued an opinion that is relevant to an issue in this case. *See Niz-Chavez v. Garland*, 141 S. Ct. 1474 (2021). Accordingly, we VACATE

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-60397

our prior decision, GRANT the petition for review, and REMAND to the Board of Immigration Appeals for further proceedings.